IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CARL B. COLLINS, an individual, and FARZIN DAVANLOO, an individual,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE GILLETTE COMPANY, a Delaware Corporation,<br><br>*Defendant*. | §§§§§§§§§§§§ CIVIL ACTION NO.: 2:04-CV-00038-TJW<br>JURY DEMANDED |

## JOINT MOTION TO DISMISS THIS ACTION WITH PREJUDICE

The parties, having settled this case, hereby jointly move for an order dismissing this action with prejudice.

A proposed form of Order is submitted with this motion.

Dated: August 30, 2005                    Respectfully submitted,


                                          By:    /s/ William B. Dawson
                                          Attorney-in-charge for Plaintiffs
                                          Carl B. Collins and
                                          Farzin Davanloo
                                          State Bar No. 05606300
                                          VINS0N & ELKINS L.L.P.
                                          3700 Trammell Crow Center
                                          2001 Ross Avenue
                                          Dallas, Texas 75201-2975
                                          Tel: (214) 220-7926
                                          Fax: (214) 999-7926
                                          E-mail: bdawson@velaw.com

                                          By:    /s/ William C. Slusser by permission
                                                 /s/ William B. Dawson
                                          William C. Slusser
                                          Attorney-in-charge for Defendant
                                          The Gillette Company
                                          State Bar No. 18514500
                                          SLUSSER WILSON & PARTRIDGE LLP
                                          333 Clay Street, Suite 4720
                                          Houston, Texas 77002
                                          Tel: (713) 860-3300
                                          Fax: (713) 860-3333
                                          E-mail: slusser@slusser-law.com


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by First Class Mail on this the 30th day of August, 2005.


                                          /s/
                                          Dawn Crider

624106_1.DOC